Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
25, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 25, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00735-CV

____________

 

IN RE UNITED SERVICES AUTOMOBILE
ASSOCIATION, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 19, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator also filed
a motion for emergency relief.

Relator has not established that he is
entitled to mandamus relief.  Accordingly,
we deny relator=s petition for writ of mandamus and
motion for emergency relief. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 25, 2005.

Panel consists of
Justices Hudson, Edelman, and Seymore.